**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAGDELAN M. FISHER | CASE NO: 08-1124-WLS |
| Plaintiff, | |
| vs. | |
| THE LAW OFFICES OF DONALD S. BURAK, ESQUIRE, LLC, DONALD S. BURAK, LAWRENCE WEIL AND ACCOUNT PORTFOLIO MANAGEMENT, LLC | |
| Defendants, | |
| LAWRENCE WEIL AND ACCOUNT PORTFOLIO MANAGEMENT, LLC | |
| Defendants/Third-Party Plaintiffs | |
| vs. | |
| RICHARD FISHER | |
| Third-Party Defendant. | |

## ORDER OF COURT

AND NOW, this __14th__ day of July, 2009, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff and Third-Party Defendant's Motion for Extension of Time to Complete Discovery is hereby GRANTED and discovery shall now close on September 21, 2009. The Post Discovery/Settlement Conference scheduled for Tuesday, August 4, 2009 at 3:30 PM is continued to _October 6, 2009 at 8:30 PM_

BY THE COURT:

_William L. Standish_
Honorable William L. Standish
United States District Court Judge